# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WILLIAM J. HUNSAKER, JR.

    Plaintiff,

v.

TURNING POINT USA, Inc.,
an Indiana nonprofit corporation,

    Defendant.

CASE NO. 1:22-cv-02153

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, Defendant, Turning Point USA, Inc., hereby removes the above-captioned action to this Court from the state court of Colorado, Jefferson County, Colorado, 100 Jefferson County Pkwy., Golden, CO 80401.

1. Turning Point USA, Inc. ("Turning Point") is the Defendant in the civil action brought on July 19, 2022 in the State Court of Colorado, Jefferson County Court.

2. This case is removable under 28 U.S.C. §1441 because this is a civil action in which the District Courts of the United States have been given original jurisdiction under 28 U.S.C. §1331. Specifically, Plaintiff's claim for relief concerns receipt of a telephone call he alleges was made to his cellular phone without his consent in violation of the Telephone Consumer Protection act, 47 U.S.C. § 227 and 47 C.F.R. §64.1200.

3. Plaintiff's Complaint was served on Defendant on July 27, 2022. This notice of removal is filed within 30 days of receipt of the Complaint and is therefore timely under 28 U.S.C. §1446(b).

4. Pursuant to 28 U.S.C. §1446(a), Defendant attaches to this notice the following papers, which are all of the process, pleadings, and order served on it prior to removal of this action:

    a. Summons, attached hereto as Exhibit A.

    b. Complaint under Simplified Civil Procedure, attached hereto as Exhibit B.

5. An initial status hearing has been set in the Colorado state court case (Case No. 22C944) in Jefferson County, Colorado for August 24, 2022 at 1:30 p.m. Pursuant to Local Rule 81.1, Defendant has notified the state judge in Jefferson County, Colorado of this removal.

Dated: August 23, 2022

                                              Respectfully submitted,

                                              /s/    Kellye Fabian Story

Kellye Fabian Story
WAGENMAKER & OBERLY
53 W. Jackson Blvd., Suite 1734
Chicago, Illinois 60604
Ph: (312) 626-1600
kellye@wagenmakerlaw.com

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

William J. Hunsaker, Jr.
billy@gvrth.com


I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

VIA Overnight U.S. Mail
William J. Hunsaker, Jr.
7370 Poppy Way
Arvada, CO 80007


/s/      Kellye Fabian Story

Kellye Fabian Story
WAGENMAKER & OBERLY
53 W. Jackson Blvd., Suite 1734
Chicago, Illinois 60604
Ph: (312) 626-1600
kellye@wagenmakerlaw.com

Attorneys for Defendant