| County Court __Jefferson__ County, Colorado<br>Court Address: 100 Jefferson County Pkwy<br>Golden, CO 80401 | FILED<br>COMBINED COURT<br>JEFFERSON COUNTY, CO<br>22 JUL 19 AM 10: 22 | $105 |
|---|---|---|
| Plaintiff(s): WILLIAM J. HUNSAKER, JR.<br>v.<br>Defendant(s): TURNING POINT USA, INC., a foreign nonprofit corporation | ▲ COURT USE ONLY ▲ | |
| Attorney or Party Without Attorney (Name and Address):<br>William J. Hunsaker, Jr.<br>7370 Poppy Way<br>Arvada, CO 80007<br>Phone Number: 720-618-8678  E-mail: billy@gvrth.com<br>FAX Number: 303-421-0767  Atty. Reg. #: N/A | Case Number:<br>22C944<br>Division H  Courtroom 360 | |

## SUMMONS

**To the abovenamed Defendant(s): Take notice that**

1. On __August 24, 2022__ (date) at __1:30pm__ (time) in the __Jefferson__ County Court, __Golden__, Colorado, if an answer is not filed, the Court may be asked to enter judgment against you as set forth in the Complaint.

2. A copy of the Complaint against you and an answer form which you must use if you file an answer are attached.

3. If you do not agree with the complaint, then you must either:
   a. Go to the Court, located at __100 Jefferson County Parkway, Golden__ Colorado, at the above date and time and file the answer stating any legal reason you have why judgment should not be entered against you,
   **OR**
   b. File the answer with the Court before that date and time.

4. When you file your answer, you must pay a filing fee to the Clerk of the Court.

5. If you file an answer, you must give or mail a copy to the Plaintiff(s) or the attorney who signed the complaint.

6. If you do not file an answer, then the Court may enter a default judgment against you for the relief requested in the complaint.

7. If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

8. If you want to file an answer or request for a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the Court to waive the fee.

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

Dated at __Golden, Colorado__ this __19th__ day of __July__, 20__22__.

by _____
Deputy Clerk of Court
CLERK OF COURT

Signature of Attorney for Plaintiff(s) (if applicable)

__7370 Poppy Way, Arvada, CO 80007__
Address(es) of Plaintiff(s)

__720-618-8678__
Telephone Number(s) of Plaintiff's:

This Summons is issued pursuant to Rule 303, Rules of County Court Civil Procedure, as amended. A copy of the Complaint together with a blank answer form must be served with this Summons. This form should not be used where service by publication is desired.

To the clerk: If this Summons is issued by the Clerk of the Court, the signature block for the clerk, deputy and the seal of the Court should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

C.R.C.P. FORM 1 SC  R3-18   SUMMONS