| County Court ___Jefferson___ County, Colorado<br>Court Address: 100 Jefferson County Pkwy<br>Golden, CO 80401 | FILED<br>COMBINED COURT<br>JEFFERSON COUNTY, CO<br>22 JUL 19 AM 10:21 |
|---|---|
| Plaintiff(s): WILLIAM J. HUNSAKER, JR.<br>v.<br>Defendant(s): TURNING POINT USA, INC.,<br>a foreign nonprofit corporation | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>William J. Hunsaker, Jr.<br>7370 Poppy Way<br>Arvada, CO 80007<br>Phone Number: 720-618-8678   E-mail: billy@gvrth.com<br>FAX Number: 303-421-0767   Atty. Reg. #: N/A | Case Number:<br>22C944<br>Division H  Courtroom 3L6 |
| **COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE** ||

1. ___Turning Point USA, Inc.___, defendant, is a foreign nonprofit corporation with a principal office street address of __4940 E. Beverly Rd., Phoenix, AZ 85044__ and a principal office mailing address of _53 W. Jackson Blvd., Suite 1734, Chicago, IL 60604___.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   **OR**

3. The amount claimed from _____Turning Point USA, Inc._____, defendant(s), is/are___One Thousand Five Hundred___ dollars and __00/100__ cents ($_1,500.00_), together with proper interest, costs and any other items allocable by statute or specific agreement.

4. Such claim arises from the following event(s) or transaction(s):

   On or about May 31, 2022, Defendant initiated a telephone call to Plaintiff's cellular telephone via text message without Plaintiff's consent in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 and 47 C.F.R. § 64.1200. Defendant willfully and/or knowingly violated 47 U.S.C. § 227 and 47 C.F.R. § 64.1200 by intentionally initiating such telephone call to Plaintiff's cellular telephone even though Defendant knew or should have known that Plaintiff had not consented to receive such calls and that Plaintiff's cellular telephone number has been included on the National Do-Not-Call Registry since November 3, 2019. Such conduct by Defendant entitles Plaintiff to three times the amount of damages of $500.00 for each violation, or $1,500.00 pursuant to 47 U.S.C. § 227(b)(3), plus costs of this action.

   The Defendant(s) ☐is (are) ☒is not (are not) in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)
   ___Defendant is a corporation.___

5. The Plaintiff(s) ☐does (do) ☒does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

   ☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
   ☒ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_____[signature]_____                    _____
Signature of Plaintiff(s)                          Signature of Attorney for Plaintiff(s) (if applicable)

___7370 Poppy Way, Arvada, CO 80007___
Address(es) of Plaintiff(s)
Telephone Number(s) of Plaintiff(s) ___720-618-8678___

CRCCP FORM 2 SC  3-18  COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE